IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BING XU,

    Plaintiff,

v.                              CASE NO.: 4:09cv277-SPM/WCS

LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Resolution (doc. 49) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 12th day of May, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge